# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LAURIE BARGER, AN INDIVIDUAL, Appellant, vs. JON HEMMER, AN INDIVIDUAL, Respondent. | No. 71029 |

**FILED**

NOV 0 8 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to appellant's motion to dismiss appeal filed on August 25, 2016, this appeal is dismissed. NRAP 42(b).[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Joseph Hardy, Jr., District Judge
      Hatfield & Associates, Ltd.
      Benjamin B. Childs
      Eighth District Court Clerk

---

[1]In light of this order, respondent's motion to dismiss appeal and motion to compel are denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-34913